UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID RADEMAKER,

     Plaintiff,

     v.

SIRCOYA WILLIAMS, et al.,

     Defendants.

No.  2:26-cv-0234 CSK P

ORDER

Plaintiff is a state prisoner proceeding pro se in an action brought under 42 U.S.C. § 1983. Plaintiff filed a motion for extension of time to file an amended complaint. (ECF No. 12.) Good cause appearing, IT IS HEREBY ORDERED that:

     1.  Plaintiff's motion for an extension of time (ECF No. 12) is granted; and

     2.  Plaintiff is granted twenty-one days from the date of this order in which to file an amended complaint.

Dated:  February 24, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/rade0234.36

1